UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Criminal Action No.
) 12-00133-01-CR-W-HFS
)
CHARLES DANIEL KOSS, )
)
Defendant. )

# ORDER

During the May 14, 2012 status conference, the Government advised that discovery had been deposited with the United States Marshals Services for review by Defendant at the Courthouse. As stated during the hearing, it is hereby

ORDERED that when Defendant wishes to be brought to the Courthouse to review discovery, he shall provide written notice twenty-four hours in advance to his caseworker at CCA, Brenda Smith. It is further

ORDERED that if Defendant experiences any difficulty with this procedure, he shall promptly notify me in writing.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
May 16, 2012

*[Handwritten stamp across document: "Rejected for Cause — No Jurisdiction — Without Prejudice"]*

