IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

FILED
JUN 11 2012
ANN THOMPSON, CLK.
U.S. DISTRICT COURT
WEST DISTRICT
OF MISSOURI
SAP

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Criminal Action No.
) 12-00133-01-CR-W-HFS
CHARLES DANIEL KOSS, )
)
Defendant. )

**ORDER**

Before the Court is the Government's Motion to Compel Handwriting Exemplars (Doc. No. 7). Defendant was given until May 15, 2012 to respond to this motion but elected not to do so.

The Government requests that Defendant "provide true and exact exemplars of his handwriting to the United States Treasury Inspector General for Tax Administration (TIGTA) and its representatives" (Doc. No. 7). The Government maintains that Defendant's handwriting exemplars are relevant and necessary for the prosecution of this case, as Defendant is charged with passing with intent to defraud a false or fictitious instrument that appears to be an actual security or other financial instrument, and mail fraud. The Government's evidence includes a "Registered Private Money Order," and other written documents with handwriting, which the Government alleges Defendant authored in violation of 18 U.S.C. § 514.

A criminal defendant has no right to refuse to provide handwriting exemplars. United States v. Mara, 410 U.S. 19, 21-22 (1973); United States v. Brown, 156 F.3d 813, 815 (8th Cir. 1998); United States v. McDougal, 137 F.3d 547, 559 (8th Cir. 1998); Palmer v. United States, 530 F.2d 787, 789 (8th Cir. 1976); United States v. Osborne, 482 F.2d 1354, 1355 (8th Cir. 1973). Accordingly, it is

ORDERED that the Government's motion is granted. It is further

ORDERED that a hearing is set for 10:00 a.m. on Thursday, June 7, 2012, for Defendant to provide such exemplars.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
May 30, 2012

DEFENDANT State File#
1491949-005449

I mailed The Defendant to Judge Sachs on or About May 5, 2012 with A Tender To Discharge this MATTER.

All Rights Reserved without Prejudice
By [signature], Rep Auth Rep
Charles Damian of The Kuss Family
Secured Party

Charles (Chuck) Daniel (secured party)
of The Ross Family
% Leavenworth Detention Center



SCREENED BY
U.S. MARSHALS

Western District Court
% magistrate Robert Larsen
Western District of mo.
400 E 9th Street
Kansas City mo. 64106