# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# KANSAS CITY DIVISION

## MINUTE SHEET

**UNITED STATES OF AMERICA**  Date:   February 14, 2013

vs.   Case No.: 12-00133-01-CR-W-BCW

**CHARLES DANIEL KOSS**

---

**Honorable Brian C. Wimes, presiding at Kansas City, Missouri**

**Nature of Hearing:**   Pretrial Conference

**Time Commenced:**   11:09 a.m.   **Time Terminated:** 12:05 p.m.

### APPEARANCES

**Plaintiff's counsel:**   Trey Alford, Daniel Nelson, Kate Hoey, AUSA
**Defendant:**   Pro Se
**Standby counsel:**   Bob Kuchar

---

11:09 a.m.   PROCEEDINGS IN COURTROOM:   Above parties present.   Pretrial conference held.   Court takes up outstanding motions and rules as stated on the record; order to issue.   Show Cause hearing will be conducted prior to jury selection on the date set for trial (2/19/2013).

---

**Court Reporter:**   Denise Halasey
**Courtroom Deputy:**  Joella Baldwin