IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:12-CR-00133-01-BCW |
| | ) | |
| CHARLES DANIEL KOSS, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Before the Court are Magistrate Judge Robert E. Larsen's Report and Recommendation Denying Defendant's Motion to Dismiss (Doc. #77), the Government's Motion *in Limine* (Doc. #91), and the Government's Motion to Enjoin Defendant from Making Frivolous Filings (Doc. #100). Defendant filed an objection to the Report and Recommendation (Doc. #97). On February 14, 2013, the Court held a pretrial conference in this matter and addressed these motions and Judge Larsen's Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Judge Larsen's findings of fact and conclusions of law. Further, the Court being duly advised of the premises, and for good cause shown, grants the Government's Motions. Accordingly, it is hereby

ORDERED the Magistrate's Report and Recommendation be attached to and made part of this Order, and denies Defendant's Motions to Dismiss (Docs. #65 and #76). It is further

ORDERED the Government's Motion *in Limine* (Doc. #91) is GRANTED. It is further

1

ORDERED the Government's Motion to Enjoin Defendant from Making Frivolous Filings (Doc. #100) is GRANTED.

IT IS SO ORDERED.

DATED: February 14, 2013 /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT