IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 12-00133-01-CR-W-HFS |
| v. | ) | |
| | ) | |
| CHARLES DANIEL KOSS, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S LIST OF EXHIBITS

Comes now the United States of America by the undersigned counsel and files the attached list of exhibits which the Government may offer at trial and requests leave to amend this list as needed.

        Respectfully submitted,

        Tammy Dickinson
        United States Attorney

By:    */s/ William A. Alford III*

        William A. Alford III
        Special Assistant United States Attorney

        Charles Evans Whittaker Courthouse
        400 East Ninth Street, Fifth Floor
        Kansas City, Missouri 64106
        Telephone: (816) 426-3122

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on February 20, 2013, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record and mailed to the following:

>Charles Daniel Koss, Pro Se
>Register No. 23501-045
>CCA
>100 Highway Terrace
>Leavenworth, KS 66048

>*/s/ William A. Alford III*
>William A. Alford III
>Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
) No. 12-00133-01-CR-W-HFS
v. )
)
CHARLES DANIEL KOSS, )
)
        Defendant. )

## **E X H I B I T S**

| ✓ | = | Offered & admitted without objection. | D.B. | = | Admitted, de bene. |
| X. | = | Offered & admitted over objection. | W.D. | = | Offered then withdrawn. |
| Ex. | = | Offered, but objected to and excluded. | Ltd. | = | Admitted for limited purpose. |
| N.O. | = | Marked but not offered. | | | |

| EXHIBIT NUMBER | BATES NUMBER | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | 005692-005694 | | | Summary Exhibit, Embassy Mortgage Commerce Bank Records, Account No. XXXXX5496 |
| 2 | 005649-005652 | | | Defendant's Missouri Driver's License Record and Photograph |
| 3 | 005128-005130 | | | Defendant's Facebook Profile and Photograph |
| 4 | 003476-003972 | | | Certified Copy of Defendant's SSA Claims File |
| 5 | 004839-004908 | | | Certified Copy of Additional SSA Records |
| 6 | 003515-003518 | | | Application for Disability Insurance Benefits, 09/24/87 |

I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_____        _____
PRINTED NAME
                                          SIGNATURE

| 7 | 003897-003902 | | | SSA Vocational Report, 9/24/87 |
| 8 | 003762 | | | Notice of Continuing Disability Review, 10/24/88 |
| 9 | 003519-003528 | | | Report of Continuing Disability Review, 10/31/88 |
| 10 | 003533-003536 | | | Report of Work Activity—Continuing Disability, 04/10/91 |
| 11 | 003529-003532 | | | Work Activity Report, 06/05/91 |
| 12 | 003676-003685 | | | Report of Continuing Disability Interview, 04/23/92 |
| 13 | 003688-003692 | | | Work Activity Report, 04/26/92 |
| 14 | 003608-003613 | | | Report of Continuing Disability Interview, 09/20/00 |
| 15 | 003604-003607 | | | Work Activity Report, 10/05/00 |
| 16 | 003614-003617 | | | Disability Determinations Claimant Questionnaire, 11/29/00 |
| 17 | 003599-003603 | | | SSA Letter to Defendant, 04/03/01 |
| 18 | 005445-005450 | | | Work Activity Report – Employee, 12/26/06 |
| 19 | 003554-003557 | | | SSA Notice of Proposed Decision, 09/29/09 |
| 20 | 003551-003552 | | | Statement of Claimant, 10/10/09 |
| 21 | 003541-003543 | | | SSA Letter to Defendant, 10/27/09 |
| 22 | 000188-000190 | | | Defendant's Written Statement to Special Agent Kim Southard, 04/08/10 |
| 23 | 003970-003972 | | | SSA Notice of Overpayment, 05/30/10 |
| 24 | 004852 | | | Copy of Payment Stub Received by SSA on June 15, 2010 |
| 25 | 004853 | | | "Registered Private Money Order" Received by SSA, Dated May 3rd, 2010, Amount Identified is $212,737.60 |
| 26 | 004854 | | | SSA Billing Statement Received by SSA with Stamp Affixed Stating: "Accepted for Value and the Honor of the Debtor" and signed by Defendant |
| 27 | 004855 | | | "Letter of Advice" Received by SSA and from Defendant |
| 28 | 004848-004849 | | | Determination Form 559 – Alleged Private Money Order |
| 29 | 000263-000265 | | | SEQY and DEQY Earnings Record |
| 30 | 003558-003561 | | | Defendant's Master Beneficiary Record, 09/15/09 |
| 31 | N/A | | | NOT USED |
| 32 | 004858-004866 | | | SSA Certified Payment Extracts |

| | | | | | |
|---|---|---|---|---|---|
| 33 | 003578 | | | | Monthly Earnings Summary/TWP Determination, 10/26/00 |
| 34 | 003537 | | | | Trial Work Period Tally Sheet |
| 35 | 004897-004903 | | | | Application for Disability Benefits, 11/23/11 |
| 36 | 005441-005444 | | | | SSA Billing Statement, $212,737.60, 12/22/12 |
| 37 | 005437-005440 | | | | SSA Billing Statement, $31.00, 01/22/13 |
| 38 | 005155-005362 | | | | Affidavit, Business Records Custodian, Commerce Bank and Accompanying Bank Records |
| 39 | 000349 | | | | Commerce Bank Signature Card – Embassy Mortgage, Inc. |
| 40 | 005592; 005594-005636 | | | | Certification of Records, State of Missouri, Secretary of State |
| 41 | 002690-002692 | | | | Missouri Registration of Embassy Mortgage, 09/23/94 |
| 42 | 002977 | | | | Missouri 1999 Annual Registration Report, Embassy Mortgage, 02/16/99 |
| 43 | 002979 | | | | Missouri 2000 Annual Registration Report, Embassy Mortgage, 02/00 |
| 44 | 002980 | | | | Missouri 2001 Annual Registration Report, Embassy Mortgage, 02/02/01 |
| 45 | 002978 | | | | Missouri 2002 Annual Registration Report, Embassy Mortgage, 01/28/02 |
| 46 | 002981-002982 | | | | Missouri 2003 Annual Registration Report, Embassy Mortgage, 02/05/03 |
| 47 | 002966 | | | | Missouri 2004 Annual Registration Report, Embassy Mortgage, 04/26/04 |
| 48 | 002967 | | | | Missouri 2005 Annual Registration Report, Embassy Mortgage, 04/06/05 |
| 49 | 002968 | | | | Missouri 2006 Annual Registration Report, Embassy Mortgage, 03/13/06 |
| 50 | 002969 | | | | Missouri 2007 Annual Registration Report, Embassy Mortgage, 04/10/07 |
| 51 | 002972 | | | | Missouri 2008 Annual Registration Report, Embassy Mortgage, 02/26/08 |
| 52 | 002973 | | | | Missouri 2009 Annual Registration Report, Embassy Mortgage, 03/26/09 |
| 53 | 002974 | | | | Letter from Deputy Secretary of State of Missouri Regarding Expiration of Embassy Mortgage's Registration, 10/17/09 |

| | | | | |
|---|---|---|---|---|
| 54 | 002975 | | | Missouri Secretary of State Notice of Past Due Registration Fees for Embassy Mortgage, 06/09/10 |
| 55 | 002976 | | | Missouri Secretary of State Notice of Revocation – Embassy Mortgage, 08/25/10 |
| 56 | 005551 | | | Certification of Embassy Mortgage Quarterly Contribution Reports by the State of Missouri, Department of Labor and Industrial Relations, Division of Employment Security |
| 57 | 000287-000334 | | | Missouri Division of Employment Security Quarterly Contribution and Wage Reports for Embassy Mortgage: Fourth Quarter 1994 – Third Quarter 2006 |
| 58 | 005587 | | | Declaration, Business Custodian, First American Title |
| 59 | 004952-004963 | | | Handwritten Closing Logs – 1994 |
| 60 | 004964-004978 | | | Handwritten Closing Logs – 1995 |
| 61 | 004979 | | | Handwritten Closing Logs – 1996 |
| 62 | 004980-004997 | | | Handwritten Closing Logs – 1997 |
| 63 | 004998-005025 | | | Handwritten Closing Logs – 1998 |
| 64 | 005026-005039 | | | Handwritten Closing Logs – 1999 |
| 65 | 005040-005055 | | | Handwritten Closing Logs – 2000 |
| 66 | 005056-005079 | | | Handwritten Closing Logs – 2001 |
| 67 | 005080-005104 | | | Handwritten Closing Logs – 2002 |
| 68 | 005105-005117 | | | Handwritten Closing Logs – 2003 |
| 69 | 004779-004799 | | | First American Title Digital Closing Logs – 01/01/02 to 01/01/07 |
| 70 | 005661 | | | Summary Exhibit of Security Land Title & First American Title Closing Records – 1994 –2006 |
| 71 | 005469-005471 | | | TIGTA Evidence Custody Documents – Relating to SSA Documents Seized from Defendant's Residence on 02/11/11 |
| 72 | 004255 | | | U.S. Postal Service Track/Confirm – Intranet Item Inquiry – Domestic, Seized from Defendant's Residence on 02/11/11 |
| 73 | 004256-004257 | | | U.S. Postal Service Certified Mail Receipt and Sales Receipt, Seized from Defendant's Residence on 02/11/11 |
| 74 | 004258 | | | Copy of Payment Stub to SSA, Payment Amount Identified as $212,737.60, Seized from Defendant's Residence on 02/11/11 |

4

| | | | | | |
|---|---|---|---|---|---|
| 75 | 004259 | | | | "Letter of Advice," Seized from Defendant's Residence on 02/11/11 |
| 76 | 004260-004261 | | | | SSA Billing Statement with Stamp Affixed Stating: "Accepted for Value and the Honor of the Debtor" and signed by Defendant and "Registered Private Money Order," Dated May 3rd, 2010, Amount Identified is $212,737.60, Seized from Defendant's Residence on 02/11/11 |
| 77 | 004262 | | | | Payment Stub Instructions, Seized from Defendant's Residence on 02/11/11 |
| 78 | 004266-004292 | | | | SSA Records Seized from Defendant's Residence on 02/11/11 |
| 79 | 004296-004297 | | | | News Release from U.S. Attorney's Office dated January 11, 2010, Seized from Defendant's Residence on 02/11/11 |
| 80 | 002942-002943 | | | | Order of Contempt, Dated 09/14/11, by Chief United States District Court Judge Fernando J. Gaitan Jr. |
| 81 | 005666-005667 | | | | Order to Provide Handwriting Exemplars, Dated 05/30/12, by United States Magistrate Judge Robert T. Larsen |
| 82 | 002910-002916 | | | | Defendant's IRS Filing Form 56 Against Judge Fernando Gaitan |
| 83 | 002899-002909 | | | | Defendant's IRS Filing Form 56 Against William A. Alford III |
| 84 | 003470 | | | | Photograph of Firearms discovered at Defendant's Residence on 02/11/11 |
| 85 | 005477 | | | | Advisement of Rights (Non-Custodial), Signed by Defendant, Dated 03/10/2011 |
| 86 | 005428-005450 | | | | Certified Copy of Supplemental SSA Records |
| 87 | 005432-005436 | | | | Defendant's Master Beneficiary Record, 01/24/13 |
| 88 | 005548-005549 | | | | Certified copy of Defendant's SSA SEQY Record |
| 89 | 005569-005571 | | | | Certified copy of Defendant's SSA DEQY Record |
| 90 | 005454-005459 | | | | Known Writing Samples of Defendant |
| 91 | 005460-005463 | | | | Handwriting Analyzed by Raesin Cain |
| 92 | 005674-005691 | | | | Demonstrative Exhibit Relating to Handwriting Analysis |
| 93 | N/A | | | | NOT USED |

5

| | | | | |
|---|---|---|---|---|
| 94 | 005672-005673 | | | Dun and Bradstreet Credibility Review listing for Embassy Mortgage |
| 95 | 005133-005137 | | | First American Title Closing Logs |
| 96 | 005572-005585 | | | Ameristar Certified Records |
| 97 | 005637 | | | Declaration, Business Custodian, U.S. Bank, January 31, 2013 |
| 98 | 00465-00759, 00424-00439 | | | U.S. Bank Records for Account No. XXXXXXXX1977, for Deborah S. Koss and Charles D. Koss, 4600 S. Willis Ave., Independence, MO 64055, Statement Period: November 2006 – March 2011 |
| 99 | 005669-005671 | | | Summary Exhibit, U.S. Bank Records, Account No. XXXXXXXX1977 |
| 100 | 005638-005641 | | | Certified Records from the Missouri Department of Conservation, Hunting and Fishing Records of the Defendant |
| 101 | 005598-005604 | | | Articles of Incorporation of Embassy Mortgage, Inc. |
| 102 | 005642-005646 | | | SSA Earnings and Events Data Sheet, Defendant's Monthly Earnings, 10/88 – 09/09 |
| 103 | 005654-005655 | | | SSA Substantial Gainful Activity Limits for Non-blind Individuals for Years 1978 - 2013 |
| 104 | 005665 | | | Summary Exhibit, Ameristar Records |
| 105 | 005668 | | | Summary Exhibit, Defendant's Prior Statements to SSA Relating to Work Activity |
| 106 | 004120 | | | U.S. Bank Check to SSA; dated 12/28/11, Amount: $31.00 |
| 107 | 003508 | | | SSA Notice to Defendant Regarding Work Activity, Dated 03/21/91 |
| 108 | 003510-003511 | | | SSA Notice to Defendant Regarding Trial Work Period, Dated 01/16/92 |
| 109 | | | | District Court Judge Brian Wimes' Contempt Order dated February 19, 2013 |
| 110 | | | | Koss Case Significant Event Timeline |