IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 12-00133-01-CR-W-BCW |
| Plaintiff, | ) | |
| | ) | Date: February 19, 2013 |
| vs. | ) | |
| | ) | Day One |
| CHARLES DANIEL KOSS, | ) | |
| | ) | |
| Defendant. | ) | |

MINUTES OF TRIAL

HONORABLE Brian C. Wimes, U.S. District Judge, presiding at Kansas City, MO

Nature of Proceeding: Criminal Jury Trial
Time Commenced: 8:20 a.m.
Time Terminated: 4:48 p.m.
**TOTAL TIME:** 8 hrs. 28 min.

Plaintiff by:                          Trey Alford, Daniel Nelson
Special Agents:                    Phil Nicotra, Kim Southard
Defendant:                           Pro se
Standby counsel:                 Bob Kuchar

| Remarks: | Witness Testifying |
|---|---|
| Court in session at 8:20 a.m. Above parties present. Court takes up order to show cause and rules as stated on the record; order to issue. Court reiterates previous ruling re: motion in limine (#91). Government invokes the Rule of Exclusion of Witnesses. Court in recess at 8:50 a.m. Court in session at 9:31 a.m. Court makes a record regarding defendant's request to speak w/his wife and his agreement to have standby counsel sit at counsel table. Court in recess at 9:39 a.m. Court in session at 9:46 a.m. Above parties present. Court seats 47 prospective jurors; jurors sworn; voir dire examination begins. Court in recess at 11:27 a.m. Court reconvenes at 11:50 a.m. Above parties present. Prospective panel present; voir dire examination continues. Prospective panel excused; Court takes up strikes for cause. Court in recess at 12:22 p.m. Court reconvenes at 12:50 p.m. Above parties present. Prospective panel returns to courtroom; 14 jurors chosen and seated; remaining panelists excused. Lunch recess: 1:01 – 1:45 p.m. Court reconvenes at 1:50 p.m. Above parties present. Jurors sworn. Court reads preliminary instructions. Government makes opening statements at 2:09 p.m. Defendant makes opening statement at 2:27 p.m. Government presents evidence. Court in recess at 3:22 p.m. Court reconvenes at 3:43 p.m. Government continues evidence. Court admonishes jury; Court in recess at 4:48 p.m. until Wednesday, February 20, 2013 at 9:00 a.m. | Kim Southard 2:35 – 4:45 p.m.<br>Cross: 4:32; Re-direct: 4:44 pm |

**Time & Date Pltf. Rested:**            **Deft. Rested:**
Court Reporter: Denise Halasey            By: Joella Baldwin, Courtroom Deputy